THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Michael Kelly, Appellant.
 
 
 

Appeal From Chesterfield County
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-412   
 Submitted August 15, 2011  Filed August
29, 2011

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and William B. Rogers, Jr., of Bennettsville,
 for Respondent.
 
 
 

PER CURIAM:  Michael
 Kelly appeals his convictions for incest, lewd act on a minor, and
 second-degree criminal sexual conduct with a minor, arguing the circuit court
 erred in denying his motion for a mistrial.  Additionally, Kelly filed a pro se
 brief.  After a thorough
 review of the record and all briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
HUFF and PIEPER, JJ., and CURETON,
 A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.